MARY BRAINE, Respondent, *v.* JULIE ROSSWOG, Appellant.

*Braine* v. *Rosswog*, 13 App. Div. 249, appeal dismissed.
(Argued April 19, 1897; decided May 4, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1897, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that no question of law is involved and that the decision of the Appellate Division was unanimous that there is evidence tending to support the findings of fact.

*David Gerber* and *I. M. Dittenhoefer* for appellant.

*Champion Bissell* for respondent.

Motion granted and appeal dismissed, with costs.

---

JOHN MCNAMARA, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Submitted April 19, 1897; decided May 4, 1897.)

MOTION for reargument denied, with costs. (See 152 N.Y. 228.)